

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2016

No. 04-16-00250-CV

**IN THE ESTATE OF ALVILDA MAE AGUILAR**, Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2012-PC-2802
Honorable Tom Rickhoff, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

We ORDER that appellants, Anthony C. Aguilar and Michael A. Aguilar, bear all costs of this appeal.

It is so ORDERED on July 20, 2016.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2016.

_____
Keith E. Hottle, Clerk